IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE WILLIS,

     Petitioner,                      No. 2:10- cv-0642 MCE EFB P

    vs.

R. GROUNDS,

     Respondent.                 ORDER
_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2011, this court granted respondent's motion to dismiss the petition for failure to state a cognizable federal claim for relief. (ECF No. 24.) Judgment was entered on the same date and the case was closed. This Court did not, however, issue or deny a certificate of appealability at the time the final order was entered. See Rule 11, Rules Governing § 2254 Cases.

        A court shall issue a certificate of appealability where the petitioner has shown "that reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotation marks omitted).

////

Reasonable jurists could not debate that petitioner's application for writ of habeas corpus failed to state a cognizable federal claim for relief. Accordingly, this Court declines to issue a certificate of appealability.

Petitioner also requests that the Court grant him an extension of time to pursue his appeal or hold his "avenue to appeal in abeyance until" he is able to exhaust state remedies. (ECF No. 27.) This request will be denied as the petition was dismissed for failure to state a cognizable federal claim for relief, not for failure to exhaust.

Accordingly, IT IS ORDERED that:

1. Petitioner's March 1, 2012 request (ECF No. 27), is DENIED; and

2. The court declines to issue a certificate of appealability.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE