1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THEODORE WILLIS,

11           Petitioner,                    No. 2:10- cv-0642 MCE EFB P

12       vs.

13   R. GROUNDS,

14           Respondent.              ORDER

15   _____/

16           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  On September 30, 2011, this court granted respondent's motion to

18   dismiss the petition for failure to state a cognizable federal claim for relief.  (ECF No. 24.)

19   Judgment was entered on the same date and the case was closed.  This Court did not, however,

20   issue or deny a certificate of appealability at the time the final order was entered.  See Rule 11,

21   Rules Governing § 2254 Cases.

22           A court shall issue a certificate of appealability where the petitioner has shown

23   "that reasonable jurists could debate whether . . . the petition should have been resolved in a

24   different manner or that the issues presented were adequate to deserve encouragement to proceed

25   further."  *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotation marks omitted).

26   ////

1

1    Reasonable jurists could not debate that petitioner's application for writ of habeas

2 corpus failed to state a cognizable federal claim for relief.  Accordingly, this Court declines to

3 issue a certificate of appealability.

4    Petitioner also requests that the Court grant him an extension of time to pursue his

5 appeal or hold his "avenue to appeal in abeyance until" he is able to exhaust state remedies.

6 (ECF No. 27.)  This request will be denied as the petition was dismissed for failure to state a

7 cognizable federal claim for relief, not for failure to exhaust.

8    Accordingly, IT IS ORDERED that:

9    1.  Petitioner's March 1, 2012 request (ECF No. 27), is DENIED; and

10    2.  The court declines to issue a certificate of appealability.

11

12   Dated:  August 21, 2012

13 _____

14 MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26